IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:08-cr-00001-MC |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO REDUCE SENTENCE |
| RICHARD ALLEN CADWALLADER, | |
| Defendant. | |

McShane, District Judge:

    This matter is before the Court on the parties' joint motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). Based on the filings to date and the agreement of the parties, and after full consideration of the relevant factors under 18 U.S.C. § 3553(a), the Court finds that extraordinary and compelling reasons warrant a reduction of defendant's sentence to time served, effective July 24, 2020, if the Bureau of Prisons has determined that Mr. Cadwallader is COVID-19 negative. If the BOP cannot make the determination by that date, the government shall notify the Court without delay. The term of imprisonment shall be followed by a three-year term of supervised release with the conditions set forth in the original judgment and the following additional conditions: (1) the defendant must reside at and participate in the program of a

Page 1   ORDER GRANTING MOTION TO REDUCE SENTENCE

residential reentry center for not more than 120 days, to be released at the direction of the probation officer; and (2) upon release from the residential reentry center, the defendant shall remain on home confinement until April 26, 2022.

The Court concludes that the defendant's release pursuant to this order will not pose a danger to any other person or the community. This sentence reduction is consistent with the currently applicable U.S. Sentencing Commission policy statements.

The Court therefore GRANTS the Joint Motion to Reduce Sentence.

IT IS HEREBY ORDERED that Defendant shall be released on July 24, 2020, for travel to the residential reentry center in Medford, Oregon, if the BOP has determined that he is COVID-19 negative. If the BOP cannot make the determination by that date, the government shall notify the Court without delay.

IT IS FURTHER ORDERED that an amended judgment and commitment order shall be prepared and entered forthwith in accordance with this decision.

Dated this 13th day of July, 2020.

                                          *s/Michael J. McShane*
                                        Hon. Michael J. McShane
                                        United States District Court Judge